UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
2010 OCT -8 PM 5:50
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
SAN FRANCISCO, CA.

In re:
Sunny Farms Corporation         Case No: 98-70687

Debtor(s)

## APPLICATION FOR UNCLAIMED FUNDS

Dilks & Knopik, LLC, attorney-in-fact for SFE Citrus Processors L.P., Ltd, claimant, hereby petitions the Court for $2,936.96, which is the sum of all monies being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds, which are due to Florida Global Citrus, creditor.

The creditor did not receive the dividend check in the above case for the following reason:

A change in mailing address may have prevented delivery of the original dividend check. Florida Global Citrus is a trade name of SFE Citrus Processors, LP, as evidenced by Exhibit A. Ben Reese is the CEO of SFE Citrus GP, LLC (the sole General Partner of SFE Citrus Processors, LP., Ltd), as evidenced by exhibit B. The business card for Ben Reese is not available; therefore, Ben Reese has provided his photo identification.

The Creditor's mailing address at the time the claim was filed with the Court was:

Florida Global Citrus
P O Box 37
Auburndale FL 33823

The claimant's current mailing address is:

SFE Citrus Processors L.P., Ltd
Ben Reese, CEO of SFE Citrus GP, LLC, the General Partner
of SFE Citrus Processors L.P., Ltd.
PO Box 16946
Clearwater, FL 33766
727-799-5450
Last four digits of SS#/Tax ID: 5356

Dated: September 24, 2010

*/s/ Brian J. Dilks*
Brian J. Dilks
Dilks & Knopik, LLC
PO Box 2728, Issaquah, WA 98027-0125
(425) 836-5728

2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Subscribed and Sworn Before Me this __24__ day of __September__, 20__10__.

SEAL  _____
Caryn M. Dilks, Notary Public
My commission expires: July 29, 2014
Notary in and for the State of Washington

