Entered on Docket
July 22, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: July 22, 2011

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  )  Case No: 98-70687
   )
    Sunny Farms Corporation  )  Chapter No. 7
   )
Debtor  )  **ORDER TO PAY UNCLAIMED FUNDS**
   )

    It appearing that the check(s) made payable to Florida Global Citrus, in the amount of $2,936.96 was not cashed within the 90 day limit and an unclaimed money report was entered on May 13th 2004 to close the account and transfer the monies to the Clerk, U.S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

    It further appearing that SFE Citrus Processors L.P., Ltd C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

    IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $2,936.96, to:

    Florida Global Citrus
    C/o Dilks & Knopik, LLC
    PO Box 2728
    Issaquah, WA 98027-0125.

**End of Order**
**No Service List Requested**